IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LETHA FAYE BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 14-0307-CG-B |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Order entered this date granting Defendant's motion for summary judgment, it is **ORDERED**, **ADJUGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff, Letha Faye Barnes. It is, therefore, **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED with prejudice.** Costs are to be taxed against Plaintiff.

**DONE and ORDERED** this 16th day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE